United States District Court
Southern District of Texas
**ENTERED**
January 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTY SENSAT, § § § | |
| Plaintiff, § § | |
| v. § § | CASE NO.: 4:21-cv-01223 |
| PRIME COMMUNICATIONS, LP and § POLARIS-PC MANAGEMENT, LP, § Defendant. § § | TRIAL BY JURY DEMANDED |

## ORDER ADOPTING PROTECTIVE ORDER

THIS CAUSE came before the Court pursuant to the Parties' Joint Motion for Entry of Protective Order. The Court has reviewed the record and finds there is good cause for entering this Order.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that the Parties' Protective Order is hereby adopted and entered as an Order of this Court.

**DONE AND ORDERED** in Chambers in Houston, Texas this 25th day of January 2022.

Kenneth M. Hoyt
United States District Judge

1